

**Activity in Case 1:13-cv-04462-PKC Strubel v. Comenity Bank Appeal Record Sent to USCA - Electronic File**
NYSD_ECF_Pool    to: CourtMail                                              02/20/2015 04:33 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 2/20/2015 at 4:33 PM EST and filed on 2/20/2015

| | |
|---|---|
| **Case Name:** | Strubel v. Comenity Bank |
| **Case Number:** | [1:13-cv-04462-PKC](#) |
| **Filer:** | |
| **WARNING: CASE CLOSED on 01/23/2015** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [74] Notice of Appeal, filed by Abigail Strubel were transmitted to the U.S. Court of Appeals. (nd)**


**1:13-cv-04462-PKC Notice has been electronically mailed to:**

Brian Lewis Bromberg   brian@bromberglawoffice.com, brian.bromberg@gmail.com, jonathan@bromberglawoffice.com

Harley Jay Schnall   schnall_law@hotmail.com

Nathaniel Ian Kolodny   kolodnyn@bssfny.com

CLOSED,APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:13–cv–04462–PKC

| | |
|---|---|
| Strubel v. Comenity Bank | Date Filed: 06/27/2013 |
| Assigned to: Judge P. Kevin Castel | Date Terminated: 01/23/2015 |
| Referred to: Magistrate Judge Kevin Nathaniel Fox (Settlement) | Jury Demand: Plaintiff |
| Cause: 15:1640 Truth in Lending | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Abigail Strubel**
*individually and on behalf of all others similarly situated*

represented by **Harley Jay Schnall**
Law Office of Harley J. Schnall
711 West End Ave
New York, NY 10025
(212)–678–6546
Fax: (212)–678–0322
Email: schnall_law@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lewis Bromberg**
Bromberg Law Office, P.C.
26 Broadway, 21st fl
New York, NY 10004
(212) 248–7906
Fax: (212) 248–7908
Email: brian@bromberglawoffice.com
*ATTORNEY TO BE NOTICED*

**Jonathan Robert Miller**
Bromberg Law Office, P.C.
26 Broadway, 21st fl
New York, NY 10004
212–428–7906
Fax: 212–248–7908
Email: jonathan@bromberglawoffice.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Comenity Bank**

represented by **Nathaniel Ian Kolodny**
Ballard Spahr Stillman &Friedman LLP
425 Park Avenue
New York, NY 10022
(212)–223–0200
Fax: (212)–223–1942
Email: kolodnyn@bssfny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Michael Bizar**
Seyfarth Shaw LLP(Boston)
2 Seaport Lane, Suite 300
Boston, MA 02210
(617) 946–4874
Fax: (617) 790–5368
Email: dbizar@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Justin Anthony Angelo**
Ballard Spahr Stillman &Friedman LLP
425 Park Avenue
New York, NY 10022
(646)–346–8012
Email: angeloj@ballardspahr.com
*ATTORNEY TO BE NOTICED*

**Martin Christopher Bryce**
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215)–864–8238
Fax: 215 864 8999
Email: bryce@ballardspahr.com
*ATTORNEY TO BE NOTICED*

**Nathan Catchpole**
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103–7599
(215)–864–8356
Email: catchpolen@ballardspahr.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2013 | 1 | COMPLAINT against Comenity Bank. (Filing Fee $ 350.00, Receipt Number not indicated)Document filed by Abigail Strubel.(laq) (Additional attachment(s) added on 7/2/2013: #1 complaint, part 2) (jd). (Entered: 07/01/2013) |
| 06/27/2013 | | SUMMONS ISSUED as to Comenity Bank. (laq) (Entered: 07/01/2013) |
| 06/27/2013 | | Magistrate Judge Kevin Nathaniel Fox is so designated. (laq) (Entered: 07/01/2013) |
| 06/27/2013 | | Case Designated ECF. (laq) (Entered: 07/01/2013) |
| 07/09/2013 | 2 | ORDER INITIAL PRETRIAL CONFERENCE: Initial Conference set for 9/11/2013 at 10:45 AM in Courtroom 12C, U.S. Courthouse, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel, and as further set forth. (Signed by Judge P. Kevin Castel on 7/9/2013) (rjm) (Entered: 07/09/2013) |
| 09/03/2013 | 3 | NOTICE OF APPEARANCE by Harley Jay Schnall on behalf of Abigail Strubel. (Schnall, Harley) (Entered: 09/03/2013) |
| 09/04/2013 | 4 | NOTICE OF APPEARANCE by David Michael Bizar on behalf of Comenity Bank. (Bizar, David) (Entered: 09/04/2013) |
| 09/04/2013 | 5 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** JOINT MOTION for Extension of Time *for Defendant Comenity Bank to Respond to Complaint*. Document filed by Comenity Bank, Abigail Strubel.(Bizar, David) Modified on 9/4/2013 (db). (Entered: 09/04/2013) |
| 09/04/2013 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney David Michael Bizar to E–MAIL Document No. 5 Stipulation to judgments@nysd.uscourts.gov. This document is not filed via ECF. (db)** (Entered: 09/04/2013) |
| 09/04/2013 | 6 | NOTICE OF APPEARANCE by Jonathan Robert Miller on behalf of Abigail Strubel. (Miller, Jonathan) (Entered: 09/04/2013) |
| 09/04/2013 | 7 | LETTER MOTION to Adjourn Conference addressed to Judge P. Kevin Castel from Jonathan Miller dated September 4, 2013. Document filed by Abigail Strubel.(Miller, Jonathan) (Entered: 09/04/2013) |

| 09/05/2013 | 8 | ORDER granting 7 Letter Motion to Adjourn Conference, Initial Conference set for 10/16/2013 at 10:30 AM before Judge P. Kevin Castel. (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Castel, P.) (Entered: 09/05/2013) |
|---|---|---|
| 09/06/2013 | 9 | STIPULATION TO EXTEND TIME FOR DEFENDANT COMENITY BANK TO RESPOND TO COMPLAINT: Plaintiff Abigail Strubel and Defendant Comenity Bank ("Comenity"), by their respective attorneys, hereby stipulate and agree that, subject to the approval of the Court, the time within which Comenity must answer, move, or otherwise plead in response to the Complaint in the above−captioned matter, service of which Comenity acknowledges, shall be extended to September 30, 2013. No prior extension has been granted. Comenity Bank answer due 9/30/2013. (Signed by Judge P. Kevin Castel on 9/6/2013) (rsh) (Entered: 09/06/2013) |
| 09/30/2013 | 10 | ANSWER to 1 Complaint. Document filed by Comenity Bank.(Bizar, David) (Entered: 09/30/2013) |
| 10/15/2013 | 11 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Martin C. Bryce, Jr. to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8975510. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Comenity Bank. Return Date set for 10/15/2013 at 05:26 PM. (Attachments: # 1 Exhibit Certificates of Good Standing, # 2 Text of Proposed Order)(Catchpole, Nathan) Modified on 10/16/2013 (wb). (Entered: 10/15/2013) |
| 10/15/2013 | 12 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Daniel JT McKenna to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8975546. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Comenity Bank. Return Date set for 10/15/2013 at 05:31 PM. (Attachments: # 1 Exhibit Certificates of Good Standing, # 2 Text of Proposed Order)(Catchpole, Nathan) Modified on 10/16/2013 (wb). (Entered: 10/15/2013) |
| 10/15/2013 | 13 | MOTION for Nathan W. Catchpole to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8975561. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Comenity Bank. Return Date set for 10/15/2013 at 05:35 PM. (Attachments: # 1 Exhibit Certificates of Good Standing, # 2 Text of Proposed Order)(Catchpole, Nathan) (Entered: 10/15/2013) |
| 10/16/2013 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 12 MOTION for Daniel JT McKenna to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8975546. Motion and supporting papers to be reviewed by Clerk's Office staff., 11 MOTION for Martin C. Bryce, Jr. to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8975510. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Missing Certificate of Good Standing. Certificate of Good Standing must be issued from the Supreme Court of New Jersey with a Clerk of Court Signature. Re−file the document as a Corrected Motion to Appear Pro Hac Vice and attach a valid Certificate of Good Standing, issued within the past 30 days. (wb)** (Entered: 10/16/2013) |
| 10/16/2013 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 13 MOTION for Nathan W. Catchpole to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8975561. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Missing Certificate of Good Standing. Certificate of Good Standing Must be issued from the Supreme Court of Utah with a Clerk of Court Signature. Re−file the document as a Corrected Motion to Appear Pro Hac Vice and attach a valid Certificate of Good Standing, issued within the past 30 days. (wb)** (Entered: 10/16/2013) |
| 10/16/2013 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Initial Pretrial Conference held on 10/16/2013. Next conference is scheduled for May 2, 2014 at 11:15 a.m. (Nacanther, Florence) (Entered: 10/16/2013) |

| 10/16/2013 | 14 | AMENDED MOTION for Nathan W. Catchpole to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Comenity Bank. (Attachments: # 1 Exhibit Certificates of Good Standing, # 2 Text of Proposed Order)(Catchpole, Nathan) (Entered: 10/16/2013) |
|---|---|---|
| 10/16/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 14 AMENDED MOTION for Nathan W. Catchpole to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 10/16/2013) |
| 10/16/2013 | 15 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. Sec. 636(c). This case is to be tried to a jury. All fact discovery shall be completed no later than April 16, 2014. Initial requests for production of documents to be served by November 27, 2013. Interrogatories to be served by November 27, 2013. Depositions to be completed by April 16, 2014. Requests to Admit to be served no later than March 14, 2014. All expert discovery shall be completed no later than May 30, 2014. Counsel for the parties have conferred and their present best estimate of the length of trial is 3−5 days. The next Case Management Conference is scheduled for May 2, 2014 at 11:15 a.m. Deposition due by 4/16/2014. Fact Discovery due by 4/16/2014. Expert Discovery due by 5/30/2014. Case Management Conference set for 5/2/2014 at 11:15 AM before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 10/16/2013) (ja) (Entered: 10/16/2013) |
| 10/18/2013 | 16 | ORDER granting 14 Motion for Nathan W. Catchpole to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Castel, P.) (Entered: 10/18/2013) |
| 10/23/2013 | 17 | AMENDED MOTION for Martin C. Bryce, Jr. to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Comenity Bank. (Attachments: # 1 Exhibit Certificates of Good Standing, # 2 Text of Proposed Order)(Catchpole, Nathan) (Entered: 10/23/2013) |
| 10/23/2013 | 18 | AMENDED MOTION for Daniel JT McKenna to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Comenity Bank. (Attachments: # 1 Exhibit Certificates of Good Standing, # 2 Text of Proposed Order)(Catchpole, Nathan) (Entered: 10/23/2013) |
| 10/23/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 17 AMENDED MOTION for Martin C. Bryce, Jr. to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff., 18 AMENDED MOTION for Daniel JT McKenna to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 10/23/2013) |
| 10/30/2013 | 19 | RULE 26 DISCLOSURE.Document filed by Comenity Bank.(Catchpole, Nathan) (Entered: 10/30/2013) |
| 10/31/2013 | 20 | ORDER granting 17 Motion for Martin C. Bryce, Jr. to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Castel, P.) (Entered: 10/31/2013) |
| 10/31/2013 | 21 | ORDER granting 18 Motion for Daniel JT McKenna to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Castel, P.) (Entered: 10/31/2013) |
| 03/10/2014 | 22 | **FILING ERROR − ELECTRONIC FILING OF NON−ECF DOCUMENT −** JOINT MOTION for Extension of Time. Document filed by Comenity Bank.(Catchpole, Nathan) Modified on 3/11/2014 (db). (Entered: 03/10/2014) |
| 03/11/2014 | | *****NOTE TO ATTORNEY TO RE−FILE DOCUMENT − NON−ECF DOCUMENT ERROR. Note to Attorney Nathan Catchpole to E−MAIL Document No. 22 Stipulation to judgments@nysd.uscourts.gov. This document is not filed via ECF. (db)** (Entered: 03/11/2014) |

| | | |
|---|---|---|
| 03/14/2014 | 23 | MEMO ENDORSEMENT on Joint Stipulation to Extend Case Deadlines. ENDORSEMENT: The date in paragraph 5 of the October 16, 2013 order is extended to June 6, 2014. The date in paragraph 7 is extended to July 18, 2014. The conference scheduled for May 2 is adjourned to June 27, 2014 at 2 PM. (Case Management Conference set for 6/27/2014 at 02:00 PM before Judge P. Kevin Castel.) (Signed by Judge P. Kevin Castel on 3/13/2014) (tn) (Entered: 03/14/2014) |
| 03/27/2014 | 24 | NOTICE OF CHANGE OF ADDRESS by Brian Lewis Bromberg on behalf of All Plaintiffs. New Address: Bromberg Law Office, P.C., 26 Broadway, 21st Floor, New York, New York, 10004, 2122487906. (Bromberg, Brian) (Entered: 03/27/2014) |
| 04/07/2014 | 25 | NOTICE OF CHANGE OF ADDRESS by Jonathan Robert Miller on behalf of Abigail Strubel. New Address: Bromberg Law Office, P.C., 26 Broadway, 21st Floor, New York, NY, 10004, (212) 248−7906. (Miller, Jonathan) (Entered: 04/07/2014) |
| 04/30/2014 | 26 | NOTICE of Withdrawal of Appearance. Document filed by Comenity Bank. (Catchpole, Nathan) (Entered: 04/30/2014) |
| 05/27/2014 | 27 | LETTER MOTION for Conference addressed to Judge P. Kevin Castel from Brian L. Bromberg dated 5/27/14., LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge P. Kevin Castel from Brian L. Bromberg dated 5/27/14. Document filed by Abigail Strubel.(Bromberg, Brian) (Entered: 05/27/2014) |
| 05/28/2014 | 28 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Kevin Nathaniel Fox. (Signed by Judge P. Kevin Castel on 5/28/2014) (tn) (Entered: 05/28/2014) |
| 05/28/2014 | 29 | ORDER terminating 27 Letter Motion for Conference; denying 27 Letter Motion for Extension of Time to Complete Discovery: 13 Civ 4462 (PKC): The application to stay all proceedings is denied without prejudice. Discovery has already been extended and is schedule to close shortly. (Signed by Judge P. Kevin Castel on 5/28/2014) (tn) (Entered: 05/28/2014) |
| 05/29/2014 | 30 | NOTICE OF APPEARANCE by Nathaniel Ian Kolodny on behalf of Comenity Bank. (Kolodny, Nathaniel) (Entered: 05/29/2014) |
| 06/02/2014 | 31 | ORDER: IT IS HEREBY ORDERED that a settlement conference shall be held in the above captioned, and in the action titled Strubel v. Comenity Bank, Docket No. 13 Civ. 4462 (PKC) (KNF), on June 25, 2014, at 2:30 p.m., in courtroom 228, 40 Centre Street, New York, New York. And as set forth herein. SO ORDERED.( Settlement Conference set for 6/25/2014 at 02:30 PM in Courtroom 228, 40 Centre Street, New York, NY 10007 before Magistrate Judge Kevin Nathaniel Fox.) (Signed by Magistrate Judge Kevin Nathaniel Fox on 6/02/2014) (ama) (Entered: 06/02/2014) |
| 06/20/2014 | 32 | LETTER MOTION for Conference *Requesting Leave to File A Motion for Summary Judgment* addressed to Judge P. Kevin Castel from Martin C. Bryce, Jr. dated 6/20/14. Document filed by Comenity Bank.(Kolodny, Nathaniel) (Entered: 06/20/2014) |
| 06/25/2014 | 33 | LETTER RESPONSE to Motion addressed to Judge P. Kevin Castel from Brian L. Bromberg dated 06/25/2014 re: 32 LETTER MOTION for Conference *Requesting Leave to File A Motion for Summary Judgment* addressed to Judge P. Kevin Castel from Martin C. Bryce, Jr. dated 6/20/14. *(Plaintiff's Response to Defendant's Request for Leave to Move for Summary Judgment, and Plaintiff's Request for Leave to Cross−Move for Class Certification)*. Document filed by Abigail Strubel. (Bromberg, Brian) (Entered: 06/25/2014) |
| 06/25/2014 | 34 | ORDER terminating 32 Letter Motion for Conference: Fact discovery is closed. Defendant may move for summary judgment by July 15. Plaintiff may respond and cross move for class certification by July 29. Defendant may answer and reply by August 19 and plaintiff may reply on her motion by September 5. (Signed by Judge P. Kevin Castel on 6/25/2014) (tn) (Entered: 06/25/2014) |

| | | |
|---|---|---|
| 06/25/2014 | | Set/Reset Deadlines: Motions due by 7/15/2014. Cross Motions due by 7/29/2014. Responses due by 8/19/2014. Replies due by 9/5/2014. (tn) (Entered: 06/25/2014) |
| 06/26/2014 | 35 | ORDER: IT IS HEREBY ORDERED that the settlement conference previously scheduled in the above–captioned action for June 25, 2014, is adjourned sine die. SO ORDERED. (Signed by Magistrate Judge Kevin Nathaniel Fox on 6/26/2014) (ama) (Entered: 06/26/2014) |
| 06/26/2014 | 36 | JOINT LETTER MOTION to Adjourn Conference (*Joint Letter Motion to Adjourn June 27, 2014 Case Management Conference, in Light of Motion Briefing Schedule Ordered June 25, 2014* addressed to Judge P. Kevin Castel from Brian L. Bromberg dated 6/26/2014. Document filed by Abigail Strubel.(Bromberg, Brian) (Entered: 06/26/2014) |
| 06/27/2014 | 37 | ORDER granting 36 Letter Motion to Adjourn Conference: Conference VACATED. (Signed by Judge P. Kevin Castel on 6/27/2014) (tn) (Entered: 06/27/2014) |
| 07/15/2014 | 38 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Summary Judgment . Document filed by Comenity Bank. Responses due by 7/29/2014 (Attachments: # 1 Comenity Banks Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, # 2 Declaration of Nathaniel I. Kolodny (with Exhibits), # 3 Memorandum of Law)(Kolodny, Nathaniel) Modified on 7/16/2014 (db). (Entered: 07/15/2014) |
| 07/16/2014 | | ******NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Nathaniel Ian Kolodny to RE–FILE Document 38 MOTION for Summary Judgment . ERROR(S): Supporting Documents are filed separately, each receiving their own document #. (db)** (Entered: 07/16/2014) |
| 07/16/2014 | 39 | MOTION for Summary Judgment . Document filed by Comenity Bank. Responses due by 7/29/2014(Kolodny, Nathaniel) (Entered: 07/16/2014) |
| 07/16/2014 | 40 | RULE 56.1 STATEMENT. Document filed by Comenity Bank. (Kolodny, Nathaniel) (Entered: 07/16/2014) |
| 07/16/2014 | 41 | DECLARATION of Nathaniel I. Kolodny in Support re: 39 MOTION for Summary Judgment .. Document filed by Comenity Bank. (Kolodny, Nathaniel) (Entered: 07/16/2014) |
| 07/16/2014 | 42 | MEMORANDUM OF LAW in Support re: 39 MOTION for Summary Judgment . . Document filed by Comenity Bank. (Kolodny, Nathaniel) (Entered: 07/16/2014) |
| 07/28/2014 | 43 | LETTER MOTION for Extension of Time to File addressed to Judge P. Kevin Castel from Brian L. Bromberg dated July 28, 2014., LETTER MOTION for Extension of Time to File Response/Reply as to Set/Reset Deadlines, 39 MOTION for Summary Judgment . addressed to Judge P. Kevin Castel from Brian L. Bromberg dated July 28, 2014. Document filed by Abigail Strubel.(Bromberg, Brian) (Entered: 07/28/2014) |
| 07/29/2014 | 44 | ORDER granting 43 Letter Motion for Extension of Time to File; granting 43 Letter Motion for Extension of Time to File Response/Reply: Application granted. (Signed by Judge P. Kevin Castel on 7/28/2014) (tn) (Entered: 07/29/2014) |
| 08/06/2014 | 45 | LETTER MOTION for Extension of Time to File addressed to Judge P. Kevin Castel from Brian L. Bromberg dated August 6, 2014. Document filed by Abigail Strubel.(Bromberg, Brian) (Entered: 08/06/2014) |
| 08/07/2014 | 46 | ORDER granting 45 Letter Motion for Extension of Time to File. ENDORSEMENT: Application granted. (Signed by Judge P. Kevin Castel on 8/7/2014) (kgo) (Entered: 08/07/2014) |
| 08/15/2014 | 47 | SECOND LETTER MOTION for Extension of Time to File addressed to Judge P. Kevin Castel from Harley Schnall dated 08/15/2014. Document filed by Abigail Strubel.(Schnall, Harley) (Entered: 08/15/2014) |
| 08/22/2014 | 48 | MEMORANDUM OF LAW in Opposition re: 39 MOTION for Summary Judgment . . Document filed by Abigail Strubel. (Bromberg, Brian) (Entered: |

| | | |
|---|---|---|
| | | 08/22/2014) |
| 08/22/2014 | 49 | COUNTER STATEMENT TO 40 Rule 56.1 Statement. Document filed by Abigail Strubel. (Bromberg, Brian) (Entered: 08/22/2014) |
| 08/22/2014 | 50 | DECLARATION of Brian L. Bromberg in Opposition re: 39 MOTION for Summary Judgment .. Document filed by Abigail Strubel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Bromberg, Brian) (Entered: 08/22/2014) |
| 08/22/2014 | 51 | MOTION to Certify Class . Document filed by Abigail Strubel.(Bromberg, Brian) (Entered: 08/22/2014) |
| 08/22/2014 | 52 | DECLARATION of Brian L. Bromberg in Support re: 51 MOTION to Certify Class .. Document filed by Abigail Strubel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Bromberg, Brian) (Entered: 08/22/2014) |
| 08/22/2014 | 53 | DECLARATION of Harley J. Schnall in Support re: 51 MOTION to Certify Class .. Document filed by Abigail Strubel. (Bromberg, Brian) (Entered: 08/22/2014) |
| 08/22/2014 | 54 | DECLARATION of Abigail Strubel in Support re: 51 MOTION to Certify Class .. Document filed by Abigail Strubel. (Bromberg, Brian) (Entered: 08/22/2014) |
| 08/22/2014 | 55 | MEMORANDUM OF LAW in Support re: 51 MOTION to Certify Class . . Document filed by Abigail Strubel. (Bromberg, Brian) (Entered: 08/22/2014) |
| 08/27/2014 | 56 | ORDER granting 47 Letter Motion for Extension of Time: Shall I calculate all the new dates for Mr. Schall? Please submit a letter setting forth the new dates. That said, the application is otherwise granted. (Signed by Judge P. Kevin Castel on 8/26/2014) (tn) (Entered: 08/27/2014) |
| 09/02/2014 | 57 | LETTER MOTION for Extension of Time addressed to Judge P. Kevin Castel from Harley Schnall dated 09/02/2014. Document filed by Abigail Strubel.(Schnall, Harley) (Entered: 09/02/2014) |
| 09/03/2014 | 58 | MEMO ENDORSEMENT granting 57 Letter Motion for Extension of Time. ENDORSEMENT: Schedule approved. Reply due by 10/15/2014. Responses due by 9/19/2014. (Signed by Judge P. Kevin Castel on 9/2/2014) (lmb) (Entered: 09/03/2014) |
| 09/19/2014 | 59 | LETTER MOTION for Leave to File Excess Pages addressed to Judge P. Kevin Castel from Nathaniel Kolodny dated 09/19/2019. Document filed by Comenity Bank.(Kolodny, Nathaniel) (Entered: 09/19/2014) |
| 09/19/2014 | 60 | ORDER granting 59 Letter Motion for Leave to File Excess Pages. Really? I can't wait to read the 3 extra pages. Application granted. (Signed by Judge P. Kevin Castel on 9/19/2014) (lmb) (Entered: 09/19/2014) |
| 09/19/2014 | 61 | REPLY MEMORANDUM OF LAW in Support re: 39 MOTION for Summary Judgment . . Document filed by Comenity Bank. (Kolodny, Nathaniel) (Entered: 09/19/2014) |
| 09/19/2014 | 62 | MEMORANDUM OF LAW in Opposition re: 51 MOTION to Certify Class . . Document filed by Comenity Bank. (Attachments: # 1 Appendix 1 of 2, # 2 Appendix 2 of 2)(Kolodny, Nathaniel) (Entered: 09/19/2014) |
| 10/15/2014 | 63 | LETTER MOTION for Leave to File Excess Pages *(Letter requesting leave to file two extra pages in Reply Brief)* addressed to Judge P. Kevin Castel from Brian L. Bromberg dated 10/15/2014. Document filed by Abigail Strubel.(Bromberg, Brian) (Entered: 10/15/2014) |
| 10/15/2014 | 64 | REPLY MEMORANDUM OF LAW in Support re: 51 MOTION to Certify Class . *(Plaintiff's Reply Memorandum in Further Support of Motion for Class Certification and Appointment of Class Counsel)*. Document filed by Abigail Strubel. (Bromberg, Brian) (Entered: 10/15/2014) |
| 10/15/2014 | 65 | REPLY AFFIDAVIT of Brian L. Bromberg in Support re: 51 MOTION to Certify Class .. Document filed by Abigail Strubel. (Attachments: # 1 Exhibit A)(Bromberg, Brian) (Entered: 10/15/2014) |

| | | |
|---|---|---|
| 10/15/2014 | 66 | REPLY AFFIDAVIT of Harley J. Schnall in Support re: 51 MOTION to Certify Class .. Document filed by Abigail Strubel. (Bromberg, Brian) (Entered: 10/15/2014) |
| 10/16/2014 | 67 | ORDER granting 63 Letter Motion for Leave to File Excess Pages. Really? Application granted. (Signed by Judge P. Kevin Castel on 10/15/2014) (tro) (Entered: 10/16/2014) |
| 10/16/2014 | 68 | LETTER MOTION for Extension of Time to File *(Letter requesting permission to file attached Appendix with Exhibits, consisting of PACER materials referred to in Plaintiff's Reply Brief)* addressed to Judge P. Kevin Castel from Brian L. Bromberg dated 10/16/2014. Document filed by Abigail Strubel. (Attachments: # 1 Appendix, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Bromberg, Brian) (Entered: 10/16/2014) |
| 10/23/2014 | 69 | ORDER granting 68 Letter Motion for Extension of Time to File Appendix and Memorandum. Application Granted. SO ORDERED. (Signed by Judge P. Kevin Castel on 10/22/2014) (ama) (Entered: 10/23/2014) |
| 10/29/2014 | 70 | NOTICE OF APPEARANCE by Justin Anthony Angelo on behalf of Comenity Bank. (Angelo, Justin) (Entered: 10/29/2014) |
| 11/19/2014 | 71 | NOTICE OF APPEARANCE by Martin Christopher Bryce on behalf of Comenity Bank. (Bryce, Martin) (Entered: 11/19/2014) |
| 01/23/2015 | 72 | MEMORANDUM AND ORDER granting 39 Motion for Summary Judgment. Terminating 51 Motion to Certify Class. Comenity's motion for summary judgment is granted in its entirety. The Clerk is directed to terminate the motion. (Docket # 39.) Strubel's motion for class certification is terminated. (Docket # 51.) The Clerk is directed to enter judgment in favor of Comenity. SO ORDERED. (Signed by Judge P. Kevin Castel on 1/23/2015) (spo) Modified on 1/26/2015 (spo). (Entered: 01/23/2015) |
| 01/23/2015 | | Transmission to Judgments and Orders Clerk. Transmitted re: 72 Order on Motion for Summary Judgment, Order on Motion to Certify Class to the Judgments and Orders Clerk. (spo) (Entered: 01/23/2015) |
| 01/23/2015 | 73 | CLERK'S JUDGMENT: That for the reasons stated in the Court's Memorandum and Order dated January 23, 2015, Comenity's motion for summary judgment is granted in its entirety; Strubel's motion for class certification is terminated and judgment is hereby entered in favor of Comenity; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 1/23/2015) (Attachments: # 1 Notice of Right to Appeal, # 2 Notice of Right to Appeal)(dt) (Entered: 01/23/2015) |
| 02/20/2015 | 74 | NOTICE OF APPEAL from 72 Order on Motion for Summary Judgment, Order on Motion to Certify Class,, 73 Clerk's Judgment,. Document filed by Abigail Strubel. Filing fee $ 505.00, receipt number 0208−10619148. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A −− Memorandum and Order, # 2 Exhibit B −− Judgment, # 3 Affidavit Certificate of Service)(Bromberg, Brian) (Entered: 02/20/2015) |
| 02/20/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 74 Notice of Appeal,. (nd) (Entered: 02/20/2015) |
| 02/20/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 74 Notice of Appeal, filed by Abigail Strubel were transmitted to the U.S. Court of Appeals. (nd) (Entered: 02/20/2015) |