S.D.N.Y.
13-cv-4462
Castel, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

  At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand sixteen.

Present:
  Amalya L. Kearse,
  Reena Raggi,
  Richard C. Wesley,
   *Circuit Judges*.

Abigail Strubel, individually and on behalf of all others similarly situated,
  *Plaintiff-Appellant*,

**ORDER**

  v.

15-528

Comenity Bank,
  *Defendant-Appellee*,

In light of the pending decision of the Supreme Court in *Spokeo, Inc. v. Robins*, No. 13-1339 (U.S. filed May 1, 2014), our consideration of the instant case is hereby stayed. This court will inform the parties if further briefing is required upon the issuance of that decision.

      FOR THE COURT:
      Catherine O'Hagan Wolfe, Clerk of Court

