S.D.N.Y.
13-cv-4462
Castel, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of May, two thousand sixteen.

Present:
    Amalya L. Kearse,
    Reena Raggi,
    Richard C. Wesley,
        *Circuit Judges*.

Abigail Strubel, individually and on behalf of all others similarly situated,
        *Plaintiff-Appellant*,

**ORDER**

v.

15-528

Comenity Bank,
        *Defendant-Appellee*.

On February 3, 2016, this case was stayed pending the Supreme Court's decision in *Spokeo, Inc. v. Robins*, --- S. Ct. ----, 2016 WL 2842447 (May 16, 2016). That decision having issued, the stay is lifted.

The parties are hereby ordered to file supplemental letter briefs of no more than 10 double-spaced pages addressing the effect of *Spokeo* on the instant case. Each submission should be filed on or before 5 p.m. on June 13, 2016.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court

